**Order entered September 8, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-01427-CR
No. 05-15-01428-CR

**REGINALD DONELL RICE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-76788-R & F14-76789-R**

## ORDER

We **REINSTATE** these appeals.

On August 16, 2016, we ordered the trial court to make findings regarding why appellant's brief has not been filed in these appeals. On August 25, 2016, appellant's brief was tendered along with a motion to extend time to file the brief. Because findings are no longer necessary, we **VACATE** the August 16, 2016 order.

We **GRANT** appellant's August 25, 2016 motion to extend time and **ORDER** appellant's brief timely filed as of the date of this order.

/s/     LANA MYERS
        JUSTICE